### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE DIGITALOCEAN HOLDINGS INC. STOCKHOLDER DERIVATIVE LITIGATION | ) ) ) ) ) ) ) ) ) ) Lead Case:. No. 23-cv-1424 (RGA)<br><br>Consolidated with Case No. 23-cv-1433-RGA |
| This Document Relates to:<br>ALL ACTIONS | |

### STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

WHEREAS, the parties agree to the voluntary dismissal of this Consolidated Derivative Action in its entirety without prejudice;

WHEREAS, defendants have not answered, moved to dismiss, or otherwise responded to a complaint; and

WHEREAS, no payment has been made or will be paid to any party or their counsel in connection with the voluntary dismissal.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that:

1. This Consolidated Derivative Action is dismissed without prejudice.
2. Each party shall bear its own attorneys' fees and costs.

| | |
|---|---|
| Dated: February 7, 2024 | Respectfully submitted, |
| FARNAN LLP | MORRIS, NICHOLS, ARSHT & TUNNEL LLP |
| */s/ Michael J. Farnan*<br>Brian E. Farnan. (#4089)<br>Michael J. Farnan (#5165)<br>919 North Market St., 12th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 777-0300<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com | */s/ Ryan D. Stottmann*<br>Ryan D. Stottmann (#5237)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19899<br>Telephone: (302) 658-9200<br>rstottmann@morrisnichols.com |
| *Liaison Counsel for Plaintiffs* | COOLEY LLP<br>Patrick Gibbs<br>3175 Hanover Street<br>Palo Alto, CA 94304<br>Telephone: (650) 843-5535<br>pgibbs@cooley.com |
| THE ROSEN LAW FIRM, P.A.<br>Phillip Kim<br>Erica L. Stone<br>275 Madison Avenue, 40th Floor<br>New York, NY 10016<br>Telephone: (212) 686-1060<br>pkim@rosenlegal.com<br>estone@rosenlegal.com | Aric Wu<br>55 Hudson Yards<br>New York, NY 10001<br>Telephone: (212) 479-6550<br>ahwu@cooley.com |
| *Lead Counsel for Plaintiffs* | *Attorneys for Defendants* |

SO ORDERED this <u>7th</u> day of February, 2024

<u>/s/ Richard G. Andrews</u>
United States District Judge